# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1198
LT Case No. 35-2011-CF-001443-A

_____

JAMES DEAN, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.


_____


3.800 Appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

James Dean, Jr., Trenton, pro se.

No Appearance for Appellee.

July 14, 2026


PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____